[No. 71608-5-I.   Division One.   January 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MOHAMED A. AHMED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-12377-7, Carol A. Schapira, J., entered February 21, 2014. *Reversed* and *remanded* by unpublished opinion per Schindler, J., concurred in by Becker and Lau, JJ.

[No. 72018-0-I.   Division One.   January 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEE BYRON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 13-1-02024-1, George F.B. Appel, J., entered May 7, 2014. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Appelwick, J.

[No. 72347-2-I.   Division One.   January 25, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORIO OLIVAREZ-AGUILAR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01779-7, Susan H. Amini, J., entered August 8, 2014. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Trickey, JJ.

[No. 72718-4-I.   Division One.   January 25, 2016.]

NORMAN COHEN, *Appellant*, v. RALPH CARR, JR., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-38375-6, Roger Rogoff, J., entered September 3, 2014. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Verellen, JJ.